IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE HARLEYSVILLE MUTUAL          )
INSURANCE COMPANY,               )
                                 )
            Plaintiff,           )
                                 )
v.                               )      Civil Action No. 1:09-cv-00830 (AJT/JFA)
                                 )
CHRISTOPHER COGLE, et al.,       )
                                 )
            Defendants.          )
_____)

**ORDER**

This case was tried by the Court without a jury on April 21, 2010. Based on the findings

of fact and conclusions of law issued pursuant to Fed. R. Civ. P. 52, as set forth in the

accompanying Memorandum Opinion, it is hereby

ORDERED that judgment be, and the same hereby is, entered in favor of Defendants and

against the Plaintiff; that Plaintiff's request for a declaration that it has no obligation to defend or

indemnify Defendant Christopher Cogle with respect to claims arising out of an accident that

occurred on September 20, 2008 be, and the same hereby is, DENIED; and that this action be,

and the same hereby is, DISMISSED.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 against the Plaintiff

and in favor of Defendants and to forward copies of this Order and the accompanying

Memorandum Opinion to all counsel of record.

This order is final.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 18, 2010